UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VINCENT J. ZWILLING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:05CV595-DJS |
| ) | |
| SAFECO INSURANCE COMPANY ) | |
| OF AMERICA, et al., ) | |
| ) | |
| Defendants. ) | |

<u>ORDER</u>

The Court previously denied a motion seeking a Court order directing the St. Louis Metropolitan Police Department to produce to plaintiff's counsel the 911 recording relating to the accident at issue in this case. Now before the Court is plaintiff's motion for reconsideration. Plaintiff now supports his request with evidence that he attempted to obtain the 911 recording by means of a subpoena and was refused. Plaintiff has further filed a certificate of service of the motion for reconsideration on the police department, which has not timely responded to the motion. Accordingly, upon careful consideration,

**IT IS HEREBY ORDERED** that plaintiff's motion for reconsideration to compel the St. Louis Metropolitan Police Department to release 911 tape [Doc. #32] is granted.

**IT IS FURTHER ORDERED,** upon motion and good cause shown, pursuant to §610.100.4 and §610.150 R.S.Mo., that the St. Louis Metropolitan Police Department shall disclose to counsel in this matter the recording of the 911 call made on October 27, 2004 regarding the accident at or near Calvary Cemetery and Broadway, Report No. 04-087091, subject to any administrative fees routinely charged for such a production of information.

Dated this ____14th____ day of June, 2005.

                                              /s/Donald J. Stohr
                                              UNITED STATES DISTRICT JUDGE